IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN RANDALL FUTCH,

    Plaintiff,

v.

FEDERAL EXPRESS; and FEDEX GROUND,

    Defendants.

CIVIL ACTION NO.: 4:22-cv-72

## O R D E R

Before the Court is a Joint Stipulation of Dismissal With Prejudice signed and filed by Plaintiff, who is proceeding *pro se*, and by counsel for Defendants on July 22, 2022, wherein the parties indicate they stipulate and agree to the dismissal, with prejudice, of this action, including all claims asserted therein, with each party to bear its own costs and fees. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. Accordingly, the pending Motion to Stay and Motion for a Certificate of Appealability, both of which were filed by Plaintiff in conjunction with his efforts to appeal the Court's denial of his Motion to Remand, (see docs. 17, 22, 23), are **DENIED AS MOOT**, (docs. 25, 26). The Clerk of Court is hereby authorized and directed to **TERMINATE** any and all other pending motions, (doc. 27), and to **CLOSE** this case.

**SO ORDERED**, this 27th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA