IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN RANDALL FUTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS; and FEDEX GROUND,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-72 |

**O R D E R**

This appeal in the above-styled action having been dismissed pursuant to appellant's motion to dismiss by the United States Court of Appeals for the Eleventh Circuit, the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 30th day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA